# United States Court of Appeals
## For the First Circuit

No. 18-1818

STARR SURPLUS LINES INSURANCE COMPANY, as Subrogee to
ADVANCEPIERRE FOODS, INC.,

Plaintiff, Appellant,

v.

MOUNTAIRE FARMS INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this court issued on April 3, 2019 is amended as follows:

On page 4, line 10 and on page 10, line 4, change "Center" to "Centers"